**Kevin M. BALLANCE, Plaintiff–
Appellant,**

v.

**Ron ANGELONE; Gene M. Johnson, Assistant Director; R.A. Young, Regional Director; S.K. Young; Sergeant Stanley; Correctional Officer ·Young; Correctional Officer Edwards; Correctional Officer Anderson, Defendants–Appellees.**

No. 02–6814.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 24, 2002.

Kevin M. Ballance, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin M. Ballance appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ballance v. Angelone,* No. CA–01–410–7 (W.D.Va. May 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*